THE HUDSON CITY SAVINGS INSTITUTION, Respondent, v. CENTRAL LUNDY CORPORATION and Others, Defendants, and A. WILLIAM BLACK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion to dismiss appeal from judgment entered upon order of affirmance denied upon the authority of Redman v. Verplex Art Co., Inc. (237 N. Y. 475). Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE HUDSON CITY SAVINGS INSTITUTION, Respondent, v. CENTRAL LUNDY CORPORATION, Appellant, and Others, Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion to dismiss appeal from judgment entered upon order of affirmance denied upon the authority of Redman v. Verplex Art Co., Inc. (237 N. Y. 475). Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HARLEY D. SMITH, as Administrator, etc., of GERTRUDE D. SMITH, Respondent, v. THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See ante, p. 682.]

MARGRIET SOLLY, Respondent, v. ERIE COUNTY MOTOR COACH LINES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

WALTER SOLLY, Respondent, v. ERIE COUNTY MOTOR COACH LINES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

ERNEST O. PHILLIPS, Appellant, v. GEORGE BAUER and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Certain Lands, etc., Claimed to Be Owned by CARL MILLER, INC., and Others.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See ante, p. 683.]

METROPOLITAN COMMERCIAL CORPORATION, Appellant, v. ELMER H. SCHEFFLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to offset one judgment against two of lesser amount.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ. [143 Misc. 359.]

MARY E. RANSOM, as Executrix and Trustee, etc., of WASHINGTON H. RANSOM, Deceased, Respondent, v. HARRY A. SHAEFFER, Appellant.— Judgment modified by reducing the amount of the mortgage to be given to the plaintiff from $2,500 to $2,000, and as modified affirmed, with costs to the respondent. All concur. (The judgment decrees specific performance of a land contract.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [153 Misc. 199.]

In the Matter of the Judicial Settlement of the Account of MARIAN E. HANLEY, as Administratrix, etc., of ELLEN HANLEY, Deceased.— Decree reversed on the law in so far as it dismisses objections numbered 2 and 3 and passes the administratrix's accounts in respect to the articles referred to in such objections and